THE PEOPLE OF THE STATE OF NEW YORK v. JOHN SALLAMACK.— Motion to dismiss appeal granted unless appellant procure the record on appeal and appellant's points to be filed on or before May 27, 1931. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

EDWARD ZINCO, Known Professionally as EDWARD ALBANO, v. HUGO REISENFELD, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

I. L. ROSENSTEIN, INC., v. CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY and TRADE BANK OF NEW YORK.— Motion to dismiss appeal denied. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

I. L. ROSENSTEIN, INC., v. CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY and TRADE BANK OF NEW YORK.— Motion to dismiss appeal denied. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

I. L. ROSENSTEIN, INC., v. THE BANK OF UNITED STATES and Others.— Motion to dismiss appeal denied. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

TILWIN REALTY CORPORATION v. ALFRED N. CRANE and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

NAT C. GREENE v. HYMAN WITTNER and Others.— Motion to dismiss appeal denied. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

KESSLER & KAISER, INC., v. SIDROSE REALTY CORPORATION, Impleaded with JULES GILLETTE.— Application denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

BERGDORF & GOODMAN COMPANY v. WILLIAM T. TRAVER, Impleaded, etc.— Application denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

FRANK STOUT and Another v. THE STEELDUCT COMPANY.— Application granted. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

BIALKIN & BOCK, INC., and Another v. EQUITABLE CASUALTY AND SURETY COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

RADISCH BROS., INC., v. STAR METAL BOX CO., INC.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

ARNOLD CONSTABLE & CO., INC., v. JACOB J. SHUBERT.— Application denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

ABRAHAM H. MILLER v. ENALS REALTY CO., INC.— Application denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

SAMUEL RUDMAN v. GUS K. WORMS and Others.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.